**Opinion issued November 8, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00736-CV

———————————

## IN RE GEORGE M. BISHOP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

George M. Bishop, acting pro se, has filed a petition for writ of mandamus challenging the district court's dismissal of Bishop's appeal of an associate judge's summary judgment order in the underlying case.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1]    The underlying case is *T.H. Trust v. Robert G. Pate and Judy K. Pate*, cause number 17-dcv-243655, pending in the 434th District Court of Fort Bend County, Texas, the Honorable J. Christian Becerra presiding.